```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                    CASE NO. 05 B 04416
    JAMES B JACKSON

                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-4589

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/10/2005 and was confirmed 03/24/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 04/16/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHICAGO PATROLMENS C U | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 25282.75 | .00 | 25282.75 |
| AMERICAN EXPRESS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| J C PENNEY | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MARSHALL FIELDS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSEC W/INTER | 8953.59 | 1378.29 | 8953.59 |
| JEFFERSON CAPITAL SYSTEM | UNSEC W/INTER | 5518.10 | 849.41 | 5518.10 |
| RESURGENT ACQUISITION LL | UNSEC W/INTER | 272.91 | 41.92 | 272.91 |
| ARNOLD G KAPLAN | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 2,521.34 |
| DEBTOR REFUND | REFUND | | | 1,265.34 |

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 46,083.65 | |
| PRIORITY | | .00 |
| SECURED | | 25,282.75 |
| UNSECURED | | 14,744.60 |
|    INTEREST | | 2,269.62 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 2,521.34 |
| DEBTOR REFUND | | 1,265.34 |
| TOTALS | 46,083.65 | 46,083.65 |

PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 04416 JAMES B JACKSON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 07/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE